■ In the Matter of WHITNEY MUSEUM OF AMERICAN ART v NEW YORK STATE DIVISION OF HOUSING AND COMMUNITY RENEWAL.—Motion granted to extent that it seeks to modify the order of this court entered on June 23, 1988 (141 AD2d 429) to extend to intervenor-respondent Pieter Dijxhoorn the right to appeal to the Court of Appeals. Concur—Sandler, J. P., Sullivan, Ellerin and Smith, JJ.

■ In the Matter of NANCY RILEY, Appellant, v BOARD OF ELECTIONS OF THE CITY OF NEW YORK et al., Respondents. In the Matter of HARRY C. FOTOPOULOS, Respondent, v NANCY RILEY, Appellant, and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondent.—Judgment, Supreme Court, New York County (Martin Evans, J.), entered on August 22, 1988, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Kassal, J. P., Rosenberger, Ellerin and Smith, JJ.

■ In the Matter of GERALDINE DANIELS, Respondent, v ROSE-MARY A. MILLUS et al., Constituting the Board of Elections of the City of New York, Respondents, and I. RONNIE HOLLY, Appellant.—Judgment, Supreme Court, New York County (Michael Dontzin, J.), entered on August 22, 1988, unanimously affirmed, without costs and without disbursements. No opinion. Concur—Carro, J. P., Kassal, Ellerin and Wallach, JJ.